```
                                                    FILED
                                                    January 25, 2012
        UNITED STATES DISTRICT COURT FOR THE        CLERK, US DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA        EASTERN DISTRICT OF
                                                    CALIFORNIA
                                                    ─────────────
                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA,         )
                                  )    Case No. 3:12-MJ-00004-CMK
            Plaintiff,            )
                                  )
v.                                )    ORDER FOR RELEASE OF
                                  )    PERSON IN CUSTODY
WILLIAM ROBERT BARSANTI,          )
                                  )
            Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>William Robert Barsanti</u>, Case No. <u>3:12-MJ-00004-CMK</u>, Charge <u>Title 21 USC §§ 841(a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    ✔     Bail Posted in the Sum of $ <u>100,000 (partially secured)</u>

           ✔     Unsecured Appearance Bond

           __     Appearance Bond with 10% Deposit

           __     Appearance Bond with Surety

           __     Corporate Surety Bail Bond

    ✔     (Other)     <u>With pretrial supervision and conditions of release as stated on the record in open court. USM shall bring the defendant to the federal courthouse on the day following the signing of the release order and deliver him to Pretrial Services at 10:00 a.m.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 25, 2012</u> at    *4:00*    pm .

                 By   *Dale A. Drozd* (signature)
                         Dale A. Drozd
                         United States Magistrate Judge